IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARIEN HOUSER, | ) |
| Plaintiff, | ) ) 13-cv-1068 |
| vs. | ) ELECTRONICALLY FILED ) |
| PA DEPT. OF CORRECTIONS, et al., | ) ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON THE DOCTRINE OF CLAIM PRECLUSION**
(Doc. 162 and Doc. 164 )

ARTHUR J. SCHWAB, District Judge.

**AND NOW**, this 11th day of June, 2020, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

(1) The Motion for Summary Judgment filed by Defendants Dr. Jin, PA Anatonovich, and PA West (Doc. 162) is **GRANTED** as Plaintiff's claims are barred by the doctrine of claim preclusion; and

(2) The Motion for Summary Judgment filed by the DOC Defendants (Doc. 164) is **GRANTED** as Plaintiff's claims are barred by the doctrine of claim preclusion.

The Clerk of Court is directed to mark this case closed.

**AND** it is further **ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

**SO ORDERED** this 11th day of June, 2020,

<u>s/Arthur J. Schwab</u>
Arthur J. Schwab
United States District Judge

cc:    DARIEN HOUSER
       GL-7509
       SCI Phoenix
       1200 Mokychic Drive
       Collegeville, PA 19426
       (via U.S. First Class Mail)

       All counsel of record
       (via ECF electronic notification)